IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANNA MARIE ROMERO,

    Plaintiff,

vs.                                                                                                        Civ. No. 98-1528 JP/WWD

WALTER JARAMILLO, et al.,

    Defendants.

MEMORANDUM OPINION AND ORDER

    This matter comes before the Court upon the Motion to Compel Production [docket no. 35] filed by Plaintiff on August 6, 1999. The motion seeks an order compelling answers to interrogatories numbered 2, 3, 7, and 8 propounded to the City of Albuquerque and interrogatory no. 5 propounded to the individual defendants. Plaintiff also seeks an order directing Defendant City of Albuquerque to respond to her request for production number 1; and directing the individual defendants to respond to Plaintiff's request for production number 4 addressed to each of them.

Interrogatory No. 2

    This interrogatory seeks detailed information "as to each charge, claim, or suit against the City of Albuquerque alleging sexual harassment" including the name and addresses of the claimants and the persons claimed against; "all facts concerning the charge or claims"; and "the court, caption and case number" of all lawsuits involving sexual harassment or assault. No

limitation as to time or city department is utilized. The interrogatory is overly broad, and I will not compel an answer to it.

Interrogatories 3, 7 and 8

Interrogatories 3, 7 and 8 are contention interrogatories which should be deferred until discovery is completed. Defendant City of Albuquerque should respond to Interrogatories 3, 7 and 8 within ten (10) days after the date on which discovery ends.

Interrogatory 5

Interrogatory 5 to the individual defendants should be answered within ten (10) days after the close of discovery as was the case with Interrogatories 3, 7 and 8.

Request for Production No. 1 to the City of Albuquerque and No. 4 to Individual Defendants

Production of the documents called for in request for production no. 1 above and no. 4 above should be made to Plaintiff together with Defendants' respective responses within ten (10) days after the period for discovery in this matter ends.

This cause should proceed in accordance with the foregoing.

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE